AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

V.

**MARVELLE DEMETRIUS MAYS**
**a/k/a John E. Joy**

# CRIMINAL COMPLAINT

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  From on or about ___APRIL 19, 2007___ in ___WASHINGTON___ county, in the _____

District of ___COLUMBIA___ defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully attempted or conspired to commit the offense of possession with intent to distribute cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was one kilogram or more.

in violation of Title ___21___ United States Code, Section(s) ___846___.

I further state that I am ___SPECIAL AGENT AARON YBARRA___, and that this complaint is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes   ☐ No

_____
Signature of Complainant
**SPECIAL AGENT AARON YBARRA**
**BUREAU OF ALCOHOL, TOBACCO,**
**FIREARMS, AND EXPLOSIVES**

Sworn to before me and subscribed in my presence,

_____ at _____ **Washington, D.C.**
Date                                                                     City and State

_____          _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

## STATEMENT OF FACTS

On April 19, 2007, special agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") conducted a reverse "buy-bust" operation at xxxx Xxxxxxx Xxxxxx, XX, Xxxxxxxxxx, XX. ATF agents had a cooperating informant who placed a controlled, monitored call to MARVELL DEMITRIC MAYS (hereinafter "MAYS"). In that call, the informant told MAYS that he could sell MAYS a kilogram of cocaine (hydrochloride) for $20,000 in cash, or a half a kilogram of cocaine for $10,500. This call was both monitored and recorded. MAYS told the informant that he wanted to make the purchase and they made arrangements to meet at xxxx Xxxxxxx Xxxxxx, XX for the purpose of exchanging the kilogram of cocaine for money.

Agents from the Bureau of Customs Enforcement (ICE) prepared a sample kilo of cocaine that contained a 1% purity. This sample cocaine was used as the bate in this buy-bust operation.

At approximately 8:24 p.m., MAYS arrived for the meeting at xxxx Xxxxxxx Xxxxxx, XX, carrying $16,576.00 in U.S. currency. MAYS parked his car next to the informant's car. MAYS then exited his car and got into the informant's car. At this point, the informant displayed the cocaine in it packaging to MAYS who remarked positively about the cocaine, saying, "My man! You came through for me." MAYS then produced a bundle of U.S. currency from his pants pocket, told the informant that it was $9,000.00 and began counting it. He then pulled more U.S. currency out of his jacket and also began counting it as well. MAYS then announced that he had to return to his car to get some more money. Then MAYS returned to the informant's car with even more U.S. currency. MAYS took the bag containing the cocaine and placed it between his legs. At this time

agents moved in and placed MAYS under arrest for attempted possession with intent to distribute

cocaine.


_____
SPECIAL AGENT AARON YBARRA
BUREAU OF ALCOHOL, TOBACCO, FIREARMS,
& EXPLOSIVES


SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF APRIL, 2007.


_____
U.S. MAGISTRATE JUDGE