UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA :  Case No: 07- 141 M
:
v. :
:
MARVELL DEMETRIC MAYS, :
a.k.a. JOHN E. JOY :

**FILED**

APR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon oral motion of the Government, and for good cause shown, it is this 20th day of June, 2006, hereby ORDERED that the United States Marshals Service and the Metropolitan Police Department correct all booking information the defendant, MARVELL ~~DEMICA~~ DEMETRIC MAYS, a.k.a. John E. Joy, April 20, 2007. Specifically, the booking information should reflect that MARVEL DEMETRIC MAYS, PDID number 533-995, was the person arrested on April 19, 2007. All information which has been entered into any system that records such arrests shall be changed for the following reasons: The booking today inadvertently occurred under the name JOHN JOY, and has posted under PDID number 507-494, JOHN JOY's true PDID number. On April 19, 2007, JOHN JOY was not arrested. MARVELL DEMETRIC MAYS was arrested and MAYS carried the alias of John E. Joy. Therefore the incorrect information about shall be deleted forthwith from all databases so that the real JOHN JOY, PDID number 507-494 does not have this arrest wrongly added to his record and criminal history.

Upon the completion of this correction, a representative from the United States Marshal's Service shall advise this Court that the corrections have been made to the arrest record of both the real MARVELL DEMETRIC MAYS and JOHN JOY.

/s/ Deborah A. Robinson
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

cc:  S. Elisa Poteat, Esq.
William J. O'Malley, Esq.
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530

David Boss, Esq.
Federal Public Defender's Office
610 Indiana Avenue, N.W.
Washington, D.C. 20004